# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-3014

_____

United States of America

*Plaintiff - Appellee*

v.

David Willie Seigler, also known as David Willis Seigler

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of Minnesota - St. Paul

_____

Submitted: February 20, 2013
Filed: February 26, 2013
[Unpublished]

_____

Before LOKEN, MELLOY, and BENTON, Circuit Judges.

_____

PER CURIAM.

Texas inmate David Seigler appeals the district court's[1] denial of his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction based on U.S.S.G. Amendment 742

_____

[1] The Honorable Michael J. Davis, Chief Judge, United States District Court for the District of Minnesota.

(deleting "recency" criminal history points). We agree with the district court that section 3582(c)(2) does not permit a sentencing reduction under Amendment 742, because the amendment is not listed in U.S.S.G. § 1B1.10(c) among those Guidelines amendments that may be applied retroactively. Thus, even if Amendment 742 were a clarifying rather than substantive amendment, as Seigler argues, he is not entitled to a reduction under section 3582(c)(2). See United States v. McHan, 386 F.3d 620, 622 (4th Cir. 2004).

We affirm the judgment of the district court. See 8th Cir. R. 47B.

_____